No. 525. BECKER *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Mortensen* v. *United States,* 322 U. S. 369. *Leonard F. Schmitt* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 412. WILLIAMS *v.* GEORGIA. Certiorari, 348 U. S. 854, to the Supreme Court of Georgia. Eugene Gressman, Esquire, of Washington, D. C., is invited to appear and present oral argument, as *amicus curiae,* in support of the petitioner.

No. 23. McALLISTER *v.* UNITED STATES, 348 U. S. 19. The application for an order of modification of the judgment is denied.

No. 157. RYAN STEVEDORING Co., INC. *v.* PAN-ATLANTIC STEAMSHIP CORP. Certiorari, 348 U. S. 813, to the United States Court of Appeals for the Second Circuit. The motion for leave to file brief of Association of American Ship Owners, as *amicus curiae,* is denied.